**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John Lee STOVER, Jr., Defendant–
Appellant.**

**No. 05–10346
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 24, 2005.

Tracy M. Dreispul, Adam Benjamin Allen, Assistant Federal Public Defender,

---

Tampa, FL, R. Fletcher Peacock, Tampa, FL, for Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Appellee.

Before BIRCH, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

John Lee Stover, appeals his conviction under section 924(c) of Title 18 of the United States Code for using or carrying a firearm during and in relation to a crime of violence. Stover argues, for the first time on appeal, that section 924(c) is unconstitutional because it exceeds the power of Congress under the Commerce Clause. Because we have previously held that section 924(c) was validly enacted under the commerce clause power, *see United States v. Ferreira,* 275 F.3d 1020, 1028 (11th Cir. 2001), and we have no authority to revisit that decision, *see Cargill v. Turpin,* 120 F.3d 1366, 1386 (11th Cir.1997), we affirm.

AFFIRMED.